■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Appellant. [649 NYS2d 135] —Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered June 28, 1994, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

In this case governed by *People v Ryan* (82 NY2d 497), the People established beyond a reasonable doubt, both that defendant was aware that he possessed cocaine and that he was aware that the aggregate weight of the cocaine exceeded half an ounce. Defendant's knowledge could properly be inferred from the People's proof that, in the middle of the night in a drug-prone area, defendant possessed 248 uniformly packaged vials of cocaine on his person, the weight of which exceeded the statutory threshold. Concur—Sullivan, J. P., Ellerin, Ross, Tom and Mazzarelli, JJ.

■ ERIKA STONE, Appellant, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, Respondent. [649 NYS2d 781] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered on or about July 27, 1995, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The only eyewitness evidence here was that of an onlooker who testified that defendant's bus was traveling at a normal speed when plaintiff was suddenly pushed under its rear wheel by an assailant. Plaintiff herself admitted that she was dazed and confused at the time, and her testimony offered no evidence of negligence on defendant's part. No issues of fact having been raised as to defendant's negligence, it was properly granted summary judgment. Concur—Sullivan, J. P., Ellerin, Ross, Tom and Mazzarelli, JJ.